UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

State Farm Fire and Casualty Company,

                Plaintiff(s),

v.

Allied and Associates, et al.,

                Defendant(s).

Case No. 2:11–cv–10710–DML–MJH
Hon. David M. Lawson

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

    Motion to Dismiss – #32
    Motion for More Definite Statement – #32

- MOTION HEARING: 6/1/11 at 04:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/ D Tofil
                      Case Manager

Dated: April 22, 2011