UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM FIRE AND CASUALTY COMPANY,

    Plaintiff,        Case Number 11-10710
              Honorable David M. Lawson
v.

ALLIED AND ASSOCIATES, GARY M. LAPPIN,
JANEL SYKES, SYKES DERWIN, KRISTY
JACKSON, APRIL CONWAY, LINDA HUNTER,
BRUCE GOODMAN, JOHNNIE GOODMAN, SR.,
JOHNNIE GOODMAN, JR., LORETTA TURNBOW,
LYNETTE HURT-HATTER, KENYATTA MILLER,
and LORAINA CHAPMAN,

    Defendants,

and

LYNETTE HURT-HATTER,

    Counter claimant,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Counter defendant.
_____/

## ORDER DENYING DEFENDANT TURNBOW'S APPLICATION FOR APPOINTMENT OF COUNSEL

    This matter is before the Court on defendant Loretta Turnbow's application for appointment of counsel.  "'[A]ppointment of counsel in a civil case is . . . a matter within the discretion of the court.  It is a privilege not a right.'"  *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987) (quoting *U.S. v. Madden*, 352 F.2d 792, 793 (9th Cir. 1965)).  The plaintiff has failed to present convincing reasons as to why this Court should exercise its discretionary power at this time.

Accordingly, it is **ORDERED** that defendant Turnbow's application for appointment of counsel [dkt #49] is **DENIED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: July 1, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 1, 2011.

s/Deborah R. Tofil
DEBORAH R. TOFIL

-2-