UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

State Farm Fire and Casualty
Company,

        Plaintiff(s),

v.               Case No. 2:11−cv−10710−DML−MJH
                Hon. David M. Lawson
Allied and Associates, et al.,

        Defendant(s).
_____

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Kenyatta Miller

 The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

 I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

               DAVID J. WEAVER, CLERK OF COURT


             By: s/ P. Miller
               Deputy Clerk

Dated:  July 1, 2011