UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

State Farm Fire and Casualty Company,

                Plaintiff(s),

v.                                           Case No. 2:11–cv–10710–DML–MJH
                                           Hon. David M. Lawson

Allied and Associates, et al.,

                Defendant(s).

_____

**NOTICE OF MOTION HEARING**

    You are hereby notified to appear before the Honorable David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

    Motion for Leave to File – #65

- MOTION HEARING: 10/19/11 at 04:00 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/ D Tofil
                                                 Case Manager

Dated: July 27, 2011